# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:13CR024 |
| DONALD LIPP, | : | Judge Barrett |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

The Federal Public Defender's Office for the Southern District of Ohio hereby gives notice that Richard Smith-Monahan, First Assistant Federal Public Defender, will appear as counsel for the defendant in the above-referenced case. James Maus should be removed as counsel of record.

Respectfully submitted,

*s/Richard Smith-Monahan*
Richard Smith-Monahan (0065648)
First Assistant Federal Public Defender
Chiquita Center
250 E. 5th Street, Suite 350
Cincinnati, Ohio  45202
(513) 929-4834

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office, Atrium II, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202.

*s/Richard Smith-Monahan*