# United States District Court
## for
## Southern District of Ohio
### Report on Offender Under Supervision

Name of Offender: **Donald Lipp**                                        Case No:**1:13CR024-2**

Name of Sentencing Judicial Officer:     **The Honorable Michael R. Barrett**
                                         **United States District Court Judge**

Date of Original Sentence:               **August 25, 2014**

Original Offense:                        **Conspiracy to Possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), a class B felony**

Original Sentence:                       **One (1) day imprisonment; three (3) years supervised release**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **August 25, 2014**

---

## SUPERVISION SUMMARY

The purpose of this letter is to request permission for Donald Lipp to travel throughout the contiguous 48 states for work purposes. Donald Lipp was sentenced in the Southern District of Ohio on August 25, 2014, for Conspiracy to Possess with Intent to Distribute Marijuana. He was given credit for time served and sentenced to three (3) years supervised release.

Mr. Lipp is a sub-contractor for Truck Movers, Inc. He has been employed with Truck Movers, Inc. for three years. He indicates that he travels daily and is required to stay overnight out of the district. Mr. Lipp will provide this officer with verification of travel and income. Should Your Honor have any questions, or require additional information, please do not hesitate to contact this officer at 513-564-7545.

Respectfully Submitted,                              Reviewed & Approved by,


Marquita L. Howard                                   Robert C. Frommeyer, Jr.
U.S. Probation Officer                               Supervising U.S. Probation Officer

**LIPP, Donald**                                              **Case: 1:13CR024-2**

===============================================================

■ I concur with the recommendation of the Probation Officer

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

Signature of Judicial Officer

August 28, 2014
Date